# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. MASON, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00603-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE REGARDING STATUTE OF LIMITATIONS<br><br>(ECF No. 8) |

　　　　Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant action on May 20, 2022.

　　　　On May 27, 2022, the Court ordered Plaintiff to show cause why the action should not be dismissed as barred by the applicable statute of limitations. (ECF No. 8.) Plaintiff filed a response on June 21, 2022. (ECF No. 9.) Based on the representations in Plaintiff's response, the Court will discharge the order to show cause. However, the Court makes no ruling, whatsoever, as to any future application of the statute of limitations. Plaintiff is advised that his complaint will be screened pursuant to 28 U.S.C. § 1915(A) in due course.

///

///

1

Based on the foregoing, it is HEREBY ORDERED that the order to show cause issued on May 27, 2022 (ECF No. 8) is DISCHARGED, and Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **June 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE