UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CARLTON RAY CALLINS, | Case No. 1:22-cv-00603-JLT-SAB (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| C. MASON, et al., | (Doc. 17) |
| Defendants. | |

The assigned magistrate judge entered findings and recommendations, recommending that the instant action proceed on Plaintiff's sexual assault and retaliation claims against Defendant Kyt and failure to protect claim against Defendants Manson, Flores, Zamora and Garrison, and that all other claims and Defendants be dismissed from the action. (Doc. 17.)

The Court allowed to file objections to the findings and recommendations. The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS:**

///

///

1. The findings and recommendations issued on November 28, 2022, (Doc. 17), are **ADOPTED IN FULL.**
2. The instant action shall proceed against Defendant Kyt for sexual assault and retaliation and against Defendants Manson, Flores, Zamora and Garrison for failure to protect.
3. All other claims and Defendants are dismissed from the action.
4. The matter is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **December 21, 2022**

UNITED STATES DISTRICT JUDGE

2