# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. MASON, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00603-SAB (PC)<br><br>ORDER FOR OFFICE OF CALIFORNIA ATTORNEY GENERAL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S DECEMBER 23, 2022, ORDER<br><br>(ECF Nos. 19, 21) |

Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 6, 2020, the Court found that service of the complaint was appropriate as to Defendants Kyt, Manson, Flores, Zamora, and Garrison.  (ECF No. 19.)

On December 23, 2022, the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service.  (ECF No. 20.)  A waiver by the Office of the Attorney General was due thirty days thereafter.  (ECF No. 19.)  However, to date, the Office of the Attorney General has not returned the waiver of service and the thirty-day time period has expired.

///

///

///

1

Accordingly, it is HEREBY ORDERED that within seven (7) days the Office of the Attorney General shall show cause why sanctions should not be imposed for failure to comply with the Court's December 23, 2022, order.  <u>The Clerk of Court shall serve a copy of this order by email on Supervising Deputy Attorney General Lawrence Bragg</u>.

IT IS SO ORDERED.

Dated:   **March 8, 2023**

UNITED STATES MAGISTRATE JUDGE