# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS, | Case No. 1:22-cv-00603-JLT-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| C. MASON, et al., | (ECF No. 22) |
| Defendants. | |

Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 6, 2020, the Court found that service of the complaint was appropriate as to Defendants Kyt, Manson, Flores, Zamora, and Garrison. (ECF No. 19.)

On December 23, 2022, the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service. (ECF No. 20.) A waiver by the Office of the Attorney General was due thirty days thereafter. (ECF No. 19.) However, the Office of the Attorney General did not return the waiver of service within the thirty-day time period. Therefore, on March 8, 2023, the Court issued an order to show cause why sanctions should not be imposed for failure to comply with a court order. (ECF No. 22.) On this same date, the waivers of service were returned for all Defendants. (ECF No. 23.) Inasmuch as the waivers of service were filed on the same date that the order to show cause issued, the Court finds it appropriate to discharge the March 8, 2023 order to show cause. By filing the waivers of

service, it is clear that Defendants appeared and demonstrated an intent to defend this action. Nonetheless, Defendants are advised that they must comply with any and all deadlines in this action and their failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 9, 2023**

UNITED STATES MAGISTRATE JUDGE