# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. MASON, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 25) |

Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a responsive pleading, filed March 28, 2023.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a responsive pleading is extended to **May 18, 2023**.

IT IS SO ORDERED.

Dated:　**March 29, 2023**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1