# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. MASON, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE TO **AUGUST 29, 2023, AT 9:30 A.M.**<br><br>(ECF No. 28) |

　　　　Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　This case is currently set for settlement conference before Magistrate Judge Barbara A. McAuliffe on August 22, 2023, at 9:30 a.m.

　　　　Due to the Court's calendar, it is HEREBY ORDERED that the settlement conference set for August 22, 2023, is RESCHEDULED to August 29, 2023, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe. All other provisions of the Court's May 18, 2023, remain in effect.

IT IS SO ORDERED.

Dated: **June 21, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1