UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>  Plaintiff,<br><br>  v.<br><br>C. MASON, et al.,<br><br>  Defendants. | No. 1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO CONTINUE THE SETTLEMENT CONFERENCE AND DIRECTING PARTIES TO FILE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS<br><br>(ECF No. 31) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on August 29, 2023, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.

Plaintiff has been released from the custody of the California Department of Corrections and Rehabilitation and filed a notice of change of address on August 7, 2023. (ECF No. 30.)

On August 21, 2023, Defendants filed a motion to continue the settlement conference to determine if Plaintiff can appear via Zoom for the settlement conference. (ECF No. 31.) As set forth in Plaintiff's notice of change of address, Plaintiff would like to proceed with this lawsuit, despite his release on parole. (ECF No. 30.) Accordingly, the Court finds it prudent to deny Defendants' request to continue the settlement conference at this time and direct the parties to file their confidential pretrial statements.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Defendants' motion to continue the settlement conference (ECF No. 31) is denied;
2. Both parties shall file a confidential settlement conference statement on or before **August 24, 2023**; and
3. The failure to file the confidential settlement conference statement may result in dismissal of the action for failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 22, 2023**

UNITED STATES MAGISTRATE JUDGE

2