UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. MASON, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>(ECF No. 29) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding on Plaintiff's sexual assault claim against Defendant Kyt and failure to protect claim against Defendants Manson, Flores, Zamora, and Garrison. (ECF No. 18.)

　　　　On May 18, 2023, the Court referred the case to post-screening ADR, stayed the case, and set a settlement conference for August 22, 2023. (ECF No. 28.)

　　　　On June 21, 2023, the settlement conference was rescheduled to August 29, 2023, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe, and settlement conference statements were due seven days prior to the August 29, 2023, conference, i.e. August 22, 2023. (ECF No. 29.) Both the May 18, 2023 and June 21, 2023, were properly served on Plaintiff at his address of record. (ECF Nos. 28, 29.)

　　　　On August 7, 2023, Plaintiff filed a notice of change of address reflecting that he was

released from custody on or about July 16, 2023. (ECF No. 30.)

On August 21, 2023, Defendants filed a motion to continue the settlement conference to determine whether Plaintiff can appear via Zoom for the settlement conference. (ECF No. 31.) The Court denied Defendants' motion to continue the settlement conference because in his notice of change of address Plaintiff expressed his desire to proceed with this action, despite his release on parole. (ECF Nos. 30, 32.)  In that order, the Court also directed both parties to file a confidential settlement conference statement on or before August 24, 2023, and advised that the failure to do so may result in dismissal of the action for failure to prosecute. (ECF No. 32.)

Defendants filed their pretrial statement on August 23, 2023. (ECF No. 33.)

On August 29, 2023, Deputy Attorney General, James Mathison appeared for the settlement conference via Zoom on behalf of the Defendants. Plaintiff did not appear for the conference and the Court did not receive any communication from Plaintiff via email, telephone call, physical appearance, or zoom appearance. Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why the action should not be dismissed, without prejudice, for failure to prosecute and comply with a court order;
2. The failure to respond to this order will result in a order or recommendation to dismiss the action for failure to prosecute and comply with a court order. Local Rule 110.

IT IS SO ORDERED.

Dated:   **August 29, 2023**                                    _____
                                                                 UNITED STATES MAGISTRATE JUDGE

2