UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. MASON, et al.,<br><br>    Defendants. | No. 1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 35, 36) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 29, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to appear at the scheduled settlement conference on August 29, 2023. (ECF No. 35.)

On September 15, 2023, Plaintiff filed a response to the order to show cause. (ECF No. 36.) Plaintiff submits that based on recent release from state custody, he was in the process of reestablishing his outside life and was unable to appear for the settlement conference. (Id.) Plaintiff also points out that he does not have access to the Zoom application for videoconference. (Id.) On the basis of good cause, the Court will discharge the order to show cause issued on August 29, 2023.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's order to show cause (ECF No. 35) is VACATED; and

2. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:  **September 27, 2023**

_____
UNITED STATES MAGISTRATE JUDGE