UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>                Plaintiff,<br><br>        v.<br><br>C. MASON, et al.,<br><br>                Defendants. | No.  1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE AN EXHAUSTION MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 39) |

Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file an exhaustion motion for summary judgment, filed January 24, 2024.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to **August 5, 2024**.

IT IS SO ORDERED.

Dated:  **January 25, 2024**

UNITED STATES MAGISTRATE JUDGE