**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLTON RAY CALLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. MASON, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-00603-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION<br><br>(Doc. 44) |

Plaintiff Carlton Ray Callins is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 15, 2024, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to update his address of record. (Doc. 42.) After Plaintiff failed to file a response, the magistrate judge issued Findings and Recommendations recommending the action be dismissed for Plaintiff's failure to update his address of record.[1] (Doc. 44.) The Court served the Findings and Recommendations on Plaintiff at the only address on record. However, the U.S. Postal Service again returned the Court's mail as "Undeliverable, Return to Sender, Insufficient Address, Unable to Forward, Not in Custody' on April 4, 2024.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

---

[1] The U.S. Postal Service returned the mail as "Undeliverable, Vacant" on March 12, 2024.

1

Recommendations are supported by the record and proper analysis.  Plaintiff failed to comply with the Local Rules requiring him to keep the Court apprised of his current address.  *See* Local Rule 182(f).  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 11, 2024 (Doc. 44) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES DISTRICT JUDGE